

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2017

No. 04-16-00838-CR

Avie Lee **LOZANO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR8489
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file his brief is granted. We order the brief due **August 14, 2017**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk